ACCEPTED
14-15-00083-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 4:43:57 PM
CHRISTOPHER PRINE
CLERK

## Cause No. 14-15-00083-CR

IN THE COURT OF APPEALS
FOR THE
FOURTEENTH JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 4:43:57 PM
CHRISTOPHER A. PRINE
Clerk

**MASHOOD UDDIN,**
**Appellant**

**v.**

**THE STATE OF TEXAS,**
**Appellee.**

Appeal from Cause No. 1420756
In the 179th District Court of
Harris County, Texas

### APPELLANT'S MOTION FOR EXTENSION OF TIME
### TO FILE REPLY BRIEF

**TO THE HONORABLE JUSTICES OF THE FOURTEENTH DISTRICT COURT OF APPEALS:**

Appellant, **MASHOOD UDDIN**, by and through his Counsel of Record, **CARMEN ROE**, files this Appellant's Motion for Extension of Time to File Reply Brief and in support shows this Court the following:

## I.

Appellant was convicted in 179th District Court of Harris County, Texas, in Cause No.1420756, for the offense of aggravated kidnapping. Punishment was assessed at eight (8) years in the Texas Department of Criminal Justice Institutional Division.

## II.

Appellant's Brief was filed October 21, 2015 and the State's Brief was filed December 2, 2015. Appellant's Reply Brief is currently due December 22, 2015. This case is set for submission without oral argument on January 13, 2016.

## III.

Appellant requests an extension of twenty (20) days until January 11, 2016 to file its reply brief. Counsel requests the additional time because the following briefs are due in the next twenty (20) days: *State v. Derek Johnson, State v. Jordan Nichols, State v. Andreas Marcopoulos,* and *State v. Brian Vanorman.* For these reasons, Counsel has been unable to submit its reply brief on the due date and hereby requests an extension of time.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court extend the time for filing Appellant's Reply Brief until January 11, 2016.

**RESPECTFULLY SUBMITTED,**

*/s/ Carmen Roe*

**CARMEN ROE**
**CARMEN ROE LAW FIRM**
SBN: 24048773
440 Louisiana, Suite 900
Houston, Texas 77002
713.236.7755 Phone
713.236.7756 Fax
carmen@carmenroe.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served to the

Harris County District Attorney, Appellate Division, 1201 Franklin Street, Houston,

Texas 77002, on December 22, 2015.

*/s/ Carmen Roe*

**CARMEN ROE**